To the Honorable Allyn R. Ross

I am writing this letter on behalf of Rex-Gene Maralit. I have known Rex and his family for 12 years now. We first met in the Police Academy when Rex was a recruit and I was an instructor. Near the end of his police academy training, Rex was seriously injured; it was during Rex's time in the hospital that I first met his family.

Upon his recovery and graduation from the academy we became friends. Rex was an active member in the Filipino-American Law Enforcement Society; as a member of the organization, Rex gave generously of his time, volunteering on numerous occasions to assist in any way he could. Eventually, I got to know Rex's wife, sister, and parents well; Rex, his wife Sharon, and my wife became good friends early on.

Throughout the years—as I got to know Rex more—he was always humble, respectful, and hard-working. Rex's main concern was, obviously, providing for his family— especially his children. Having insight into Rex's character I have no doubt that he will strive to ensure that he gets his life back in order, for his children's sake.

I have spoken with Rex on numerous occasions after his arrest; after the initial shock set in, Rex conveyed to me his regret in getting caught-up in the situation he is currently in. He is extremely disappointed in himself, especially at the thought that he may jeopardize his ability to provide for his family. The Rex Maralit I know would want nothing more than an opportunity to work hard and redeem himself in the eyes of his community, his friends, and his family. It would have been easy for many of us to turn our backs on Rex immediately after his arrest because Rex did not reach out to any of his friends—he was too embarrassed, too ashamed of the situation he was in. But those among us who knew Rex well, myself included, reached out to him instead. I reached out to Rex because I believe in him—and I believe that he is a good person.

In the past year-and-a-half since his arrest Rex has, on numerous occasions, expressed to me and our friends his regret; he certainly does not blame anyone else for the situation he is in. We are just hoping that Rex can begin to repay society in the best possible way he can: by working to support his family and being a productive, law abiding member of society.

I—along with others—am committed to helping Rex find gainful employment once his matter is settled. Unfortunately, I can't express in written words my trust and respect for Rex, so if you would like to speak with me in regard to Rex's character and his willingness and ability to be a productive member of society please do not hesitate to contact me. I may be reached at 917-660-3720.

Sincerely,
Edward Carrasco

EXHIBIT A - 001

Adrian Campos
101 W. 117th St. #2E
New York, NY 10026

February 27, 2015

Honorable Allyne R. Ross
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Madam Magistrate:

This letter is a letter of character regarding Rex Gene Maralit.

My name is Adrian Campos. I have been a good friend of Rex Gene. We graduated together from the Academy in December 2003. We have remained in contact since despite different assignments. I know Rex Gene about as well as any person other than his immediate family could.

I know him to be a hardworking, loyal who is family-oriented and unselfish. He has worked to support his family and, in fact, worked very hard in his job as a Police Officer.

I am aware of the events regarding Rex's guilty plea, and I am aware of what has transpired. I truly believe that Rex has already suffered extensively for his actions. He has lost credibility in the public eye. I believe that he is truly despondent regarding what he has put his family through. Rex's wife and children are certainly not deserving of what they have been through.

This incident has caused a tremendous hardship for his wife, who will bear the responsibility of trying to repay the costs of the court case and support the family. The family has assumed a large portion of the costs.

Because of the significant difficulties that will be faced by his family, who themselves were blameless in this crime. I believe that the loss of his credibility, his loss of accreditation for his vocation, and the loss of respect in the community and peers. After all of what he and his family have been through, I cannot imagine that he will ever repeat any illegal activity.

I am also aware of Rex's health issue. He suffered a neck injury while at the Academy. During our graduation, I observed Rex sitting in a wheel chair with a halo brace attached to his head watching over us. He was accompanied by his family.

Thank you for your consideration.

Sincerely,

*Adrian Campos*
Adrian Campos

To the Honorable Allyn R. Ross

I am writing this letter on behalf of Rex-Gene Maralit. I have known Rex and his family for 13 years now. I have seen his children grow to become intelligent and respectful children.

We first met in the Police Academy when Rex was a recruit and I was in the Commanding Officers support staff. Near the end of his police academy training, Rex was seriously injured during training and broke his neck. He had to wear a "halo" and brace to immobilize his neck. Normally, this type of injury would merit automatic medical retirement from the Department, once his health has been stabilized.

We became friends during his period of injury and recovery. Rex was an active member in the Asian Jade Society of which I was the President. He spoke to me of his love for the "Job". He said he could still do the job even with the broken neck. He refused to give in to his injury and fought hard to remain in the Department. He worked on rehabilitating his neck, to make it stronger, to ensure that he was not a physical liability to others and himself so he could continue serving the public. I wrote and helped him write letters to the Commissioner to plead his case, as extraordinary as it may seem, so that he may fulfill his dreams. His fight to remain an Officer was fulfilled when he was restored to full duty, to done that mantle of Police Officer.

Rex was also involved in the Filipino-American Law Enforcement Society; a fledgling organization of Officers of Filipino ancestry who are members of the local law enforcement community, including the NYPD. As a member of the organization, Rex gave generously of his time, volunteering to assist in any way he could. The functions were social involved, from Masses at Saint Lorenzo in Chinatown to events in the Philippine Consulate on 5th Avenue.

Throughout the years Rex proved himself a professional. He is courteous, humble, respectful, and hard-working. Rex's main concern is and has always been providing for his family. I have no doubt that he will strive to ensure that he gets his life back in order, for his children's sake.

I have spoken with Rex on numerous occasions after his arrest. He apologized to me for his misstep in life, since I was one of the individuals who helped him remain in the Department. He had remorse that he failed me, his associates, family and community he served. His greatest disappointment is that he feels he failed his family and jeopardize his ability to provide for them. He blames no one but himself and hopes to repay the community and to once again become a productive and law abiding citizen.

I am committed to helping Rex find gainful employment once his matter is settled. Unfortunately, I can't express in written words my trust and respect for Rex, so if you would like to speak with me in regard to Rex's character and his willingness please do not hesitate to contact me. I may be reached at 646-533-7046.

Sincerely,
Eugene Canapi

EXHIBIT A - 004

Michael Ketring
3 Hanover Square, Apt. 6J
New York, N.Y. 10004

September 27, 2010

Raymond W. Kelley
Commissioner
NYC Police Department
1 Police Plaza
New York, N.Y. 10038

Dear Commissioner:

I am writing to let you know how one of New York's Finest, Officer Maralit of the 7th Precinct, came to our aid. Here are the facts:

On September 22, 2010 at about 9:30am, my wife was making her usual morning commute by bike along the East River from our residence in Lower Manhattan to her place of work in Midtown. To make a long story short, which involved a vehicle blocking part of the bike path, she ended up in a head on collision with another cyclist. She was thrown from her bike and her head struck the pavement. Passersby called 911. EMT and Officer Maralit arrived on the scene.

EMT took her to Bellevue Emergency Room. Officer Maralit used my wife's cellphone to call me and give a report. He was succinct and calming, explaining that her injuries did not appear life threatening but that of course she needed medical evaluation. I assumed that her bike, which she had enjoyed for many years, would be left at the scene and lost.

Don't ask me how he did it but Officer Maralit got that bike to Bellevue, retrieved the key from my wife's knapsack, locked it to a nearby fence, gave the key back to my wife in the ER and then called me to tell me what he had done.

Luckily, my wife emerged with just some painful bruises and a mild concussion, nothing broken. I didn't get the chance to thank Officer Maralit in person since by the time I got to the ER he had moved on to other duties.

I am sure you have received many letters praising your officers. You can add this to the collection. Officer Maralit's help meant a lot to us on a rather frightening morning. He went the extra mile and we are grateful.

Sincerely,

*[signature]*

Michael Ketring

c: Commanding Officer, 7th Pct., 19 ½ Pitt St., New York, N.Y. 10002

**EXHIBIT A - 005**