MJSELECT-RML

# U.S. District Court
# Eastern District of New York (Brooklyn)
# ABRIDGED CRIMINAL DOCKET FOR CASE #: 1:13-cr-00534-ARR-2

Case title: USA v. Maralit et al  
Magistrate judge case number: 1:13-mj-00759-VMS

Date Filed: 09/19/2013  
Date Terminated: 03/31/2015

Assigned to: Judge Allyne R. Ross

### Defendant (2)

**Rex G. Maralit**  
*TERMINATED: 03/31/2015*

represented by **Michelle A. Gelernt**  
Federal Defenders of New York  
One Pierrepont Plaza, 16th Floor  
Brooklyn, NY 11201  
718-330-1204  
Fax: 718-855-0760  
Email: michelle_gelernt@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts
REGISTRATION AND LICENSING REQUIREMENTS  
(2)

### Disposition
defendant is sentenced to 36 month imprisonment; 3 years supervised release and $100.00 special assessment

### Highest Offense Level (Opening)
Felony

### Terminated Counts
CONSPIRACY TO DEFRAUD THE UNITED STATES  
(1)

IMPORTING/MANUFACTURING FIREARMS  
(3)

INTERSTATE SHIPMENTS  
(4)

### Disposition
dismissed by Government's motion in open court

dismissed by Government's motion in open court

dismissed by Government's motion in open court

### Highest Offense Level (Terminated)

Felony

## Complaints

18 USC 371

## Disposition

## Plaintiff

**USA** represented by **Samuel P. Nitze**
United States Attorneys Office Eastern
District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
718-254-6465
Fax: 718-254-6076
Email: samuel.nitze@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seth David DuCharme**
United States Attorneys Office
Eastern District Of New York
271 Cadman Plaza East
Brooklyn, NY 11201
(718)254-6021
Fax: (718)254-6076
Email: seth.ducharme@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/19/2013 | 14 | INDICTMENT as to Ariel Maralit (1) count(s) 1, 2, 3, 4, Rex G. Maralit (2) count(s) 1, 2, 3, 4, Wilfredo Maralit (3) count(s) 1, 2, 3, 4. (Attachments: # 1 Criminal Information Sheet) (Siegfried, Evan) (Entered: 09/20/2013) |
| 03/27/2015 | 75 | Minute Entry for proceedings held before Judge Allyne R. Ross: Sentencing held on 3/27/2015 for Rex G. Maralit (2), Count(s) 2, defendant is sentenced to 36 month imprisonment; 3 years supervised release and $100.00 special assessment. Count(s) 1, 3, 4, dismissed by Government's motion in open court. Court advised defendant of right to appeal. Defendant to surrender on 5/18/15. (Court Reporter Lisa Schmid.) (Guzzi, Roseann) (Entered: 03/30/2015) |
| 03/31/2015 | 76 | JUDGMENT dated 3/27/15 as to Rex G. Maralit (2), Count(s) 2, defendant is sentenced to 36 month imprisonment; 3 years supervised release and $100.00 special assessment; Count(s) 1, 3, 4, dismissed by Government's motion in open court; the court recommends to the BOP that the defendant be housed together with his brother Wilfredo Maralit (Reg#66605-112) at the Schuylkill, PA Facility. Defendant shall surrender for service of sentence at the institution designated by the BOP before 2pm on 5/18/15. Additional supervised release terms. ( Ordered by Judge Allyne R. Ross |

| | | | |
|---|---|---|---|
| | | | on 3/27/2015 ) (Guzzi, Roseann) (Additional attachment(s) added on 3/31/2015: # [1](#) excerpt of transcript) (Guzzi, Roseann). (Entered: 03/31/2015) |