FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 04 2019

BROOKLYN OFFICE

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER (Tran. Court)
0207 1:13CR00534-002

DOCKET NUMBER (Rec. Court)
19-580 (PGS)

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Rex Gene Maralit<br>45 Betts Avenue<br>Lawrenceville, NJ 08648 | Eastern District of New York | Brooklyn |
| | NAME OF SENTENCING JUDGE<br>The Honorable Allyne R. Ross | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 3/2/2018 — TO 03/012021 |

OFFENSE
22 U.S.D. 2778(b)(2) and (c) VIOLATION OF THE ARMS EXPORT CONTROL ACT

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____EASTERN____ DISTRICT OF ____NEW YORK____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____DISTRICT OF NEW JERSEY____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8/20/19                                    /s/(ARR)
Date                                       United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____ DISTRICT OF ____NEW JERSEY____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/28/19                                    [signature]
Effective Date                             United States District Judge

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By [signature]
Deputy Clerk



UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK
Martin Luther King Jr. Federal Bldg & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101

WILLIAM T. WALSH
CLERK

**CAMDEN OFFICE**
Mitchell H. Cohen U.S. Courthouse
One John F. Gerry Plaza
Fourth & Cooper Streets, Room 1050
Camden, New Jersey 08101

August 29, 2019

**TRENTON OFFICE**
Clarkson S. Fisher U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

**REPLY TO: TRENTON**

Douglas C. Palmer, Clerk of Court
US District Court for the Eastern District of New York
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 04 2019 ★
BROOKLYN OFFICE

Re: **UNITED STATES OF AMERICA V. JEFFREY BALDWIN**
**Your Criminal Docket No. 1:13-cr-00534-002**
**Our Criminal Docket No. 3:19-cr-580 (PGS)**

Dear Clerk,

Enclosed please find a Transfer of Jurisdiction Order to the District of New Jersey from your District. Please note that this matter has been filed in this District and assigned the above referenced docket number. The Complaint, Indictment, Judgment and Docket Sheet have been retrieved via PACER. Please forward any additional necessary documents.

Thank you for your anticipated cooperation in this matter.

Very truly yours,

William T. Walsh,
Clerk

By: s/Karen McGonigle
Deputy Clerk

cc: U.S. Probation Office for the District of New Jersey